SIMPSON et al. v. CITY OF NACOGDOCHES et al.

(Court of Civil Appeals of Texas. Galveston. Dec. 19, 1912.)

1. APPEAL AND ERROR (§ 100*) — DECISIONS REVIEWABLE—TEMPORARY RESTRAINING ORDERS—DISSOLUTION.

Rev. Civ. St. 1911, art. 4644, allowing an appeal to the Court of Civil Appeals from an order granting, refusing, or dissolving a temporary injunction, does not authorize an appeal from an order dissolving a temporary restraining order.

[Ed. Note.—For other cases, see Appeal and Error, Cent. Dig. §§ 670–680; Dec. Dig. § 100.*]

2. APPEAL AND ERROR (§ 13*)—DISMISSAL—PRIOR APPEAL PENDING.

An appeal from an order dissolving a temporary restraining order is properly dismissed where a prior appeal from an order refusing a temporary injunction involving the same issues is pending.

[Ed. Note.—For other cases, see Appeal and Error, Cent. Dig. §§ 47, 1895; Dec. Dig. § 13.*]

Appeal from District Court, Nacogdoches County; James I. Perkins, Judge.

Action by A. D. Simpson and another against the City of Nacogdoches and others. From an order dissolving a temporary restraining order, plaintiffs appeal. Appeal dismissed.

June C. Harris, Geo. F. Ingraham, and V. E. Middlebrook, all of Nacogdoches, for appellants. Blount & Strong and C. A. Hodges, all of Nacogdoches, for appellees.

PLEASANTS, C. J. This appeal is from an order of the judge of the district court of Nacogdoches county, made in chambers on August 31, 1912, dissolving a temporary restraining order theretofore issued by said judge in a suit for injunction brought by appellants against appellees. The nature and result of said suit is fully set out in the opinion of this court filed on December 18, 1912, in an appeal pending in this court styled A. D. Simpson et al. v. City of Nacogdoches et al., 152 S. W. 858; said appeal being from an order of said district judge made on September 2, 1912, refusing appellants' prayer for temporary injunction.

[1, 2] We do not think any right of appeal is given by article 4644 of the Revised Statutes of this state from an order dissolving a temporary restraining order, as distinguished from a temporary injunction, and for this reason this appeal should be dismissed. If such right of appeal is given by the statute, this appeal should nevertheless be dismissed because the appeal before mentioned from the order refusing a temporary injunction is by the appellants in this appeal against the appellees herein, and involves the identical issues presented by this appeal.

For the reasons indicated, we are of opinion that this appeal should be dismissed, and it has been so ordered.